UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 09-2109 JVS (OPx) | Date | December 16, 2009 |
| Title | Albert Zamora, et al. v. U.S. Bank NA, et al. | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla Tunis | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Sanctions

    Defendants U.S. Bank N.A. as Trustee under a pooling and servicing agreement dated as of March 1, 2006 Master Asset Back Securities Trust 2006 WMC1 Mortgage Pass-Through Certificates Series 2006 WMC1 and Barclays Capital Real Estate, Inc. dba HomEq Servicing have filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), calendared for hearing on December 21, 2009 at 1:30 p.m.  The Plaintiffs, Albert Zamora and Kelly Zamora, have not opposed the motions, nor have they filed a notice of non-opposition as required by Local Rule 7-16.

    Plaintiffs' counsel Charles R. Wear shall appear at the hearing and show cause why he should not be sanctioned for failure to comply with the Local Rules.

                                                                                    : 00

Initials of Preparer   kjt