JS-6

ERIC D. HOUSER (SBN 130079)
LUKASZ I. WOZNIAK (SBN 246329)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
Email: lwozniak@houser-law.com

Attorneys for Defendants, U.S. BANK N.A. As Trustee Under Pooling and Servicing Agreement Dated as of March 1, 2006 Mastr Asset Backed Securities Trust 2006 WMC1 Mortgage Pass-Through Certificates Series 2006 WMC1 and BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING erroneously sued herein as HOMEQ SERVICING

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ALBERT AND KELLY ZAMORA, Plaintiffs, vs. U.S. BANK NA as Trustee under pooling and servicing agreement dated as of March 1, 2006 Mastr Asset Backed Securities Trust 2006 WMC1 Mortgage Pass-Through Certificates Series 2006 WMC1; WMC MORTGAGE CORPORATION, a corporation; HOMEQ SERVICING, a corporation; T.D. SERVICE COMPANY, a corporation; and DOES 1-100 Inclusive, Defendants. | CASE NO.: EDCV 09-2109 JVS (OPx)<br><br>Assigned to: Hon. James V. Selna<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>**Date:** December 21, 2009<br>**Time:** 1:30 p.m.<br>**Ctrm:** 10C<br><br>Complaint Filed: October 26, 2009<br>Trial Date: None |

[PROPOSED] ORDER
1

Defendants U.S. BANK N.A. As Trustee Under Pooling and Servicing Agreement Dated as of March 1, 2006 Mastr Asset Backed Securities Trust 2006 WMC1 Mortgage Pass-Through Certificates Series 2006 WMC1 and BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING erroneously sued herein as HOMEQ SERVICING's ("Defendants") Motion to Dismiss Plaintiffs ALBERT and KELLY ZAMORA's ("Plaintiffs") Complaint came on regularly for hearing on December 21, 2009, at 1:30 p.m. in Courtroom 10C of the above referenced Court, Honorable James V. Selna presiding. Charles R. Wear of Charles R. Wear Law Office appeared on behalf of Plaintiffs. Lukasz I. Wozniak of HOUSER & ALLISON, APC appeared on behalf of Defendants.

The Court, having considered the moving papers, the notice of non-opposition, the arguments of counsel, its own files, matters for which judicial notice was requested and/or proper, good cause appearing, rules as follows:

1. Plaintiffs lack standing to prosecute their claims against Defendants because Plaintiffs' claims are property of the bankruptcy estate.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss is GRANTED with prejudice.

DATED: January 05, 2010   _____
HON. JAMES V. SELNA