UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 09-2109 JVS (OPx) | Date | January 14, 2010 |
| Title | Albert Zamora, et al. v. U.S. Bank NA, et al. | | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present    None Present

**Proceedings:**   (In Chambers)   Order to Show Cause re Sanctions

In resolving an order directing attorney Charles Wear ("Wear") to show cause why he should not sanctioned for failure to comply with the Local Rules regarding motions practice (Docket No. 11), the Court imposed a sanction of $50 payable not later than December 22, 2009, and required attorney Wear to file a declaration attesting to his payment and to the fact that he had reviewed and understood the Local Rules.  (Minute Order, Dec. 21, 2009, Docket No. 15.)

Attorney Wear has not complied

Attorney Wear shall appear in person at 1:30 p.m., January 25, 2010 to show cause why he should not be sanctioned for his failure to comply with the Court's Minute Order of December 21, 2009.  **Belated compliance with the Minute Order of December 21, 2009 will not be deemed an adequate response.  A personal appearance is required.**

: 00

Initials of Preparer    kjt