# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCV 09-2109 JVS (OPx) |
| Date | January 19, 2010 |
| Title | Albert Zamora, et al. v. U.S. Bank NA, et al. |

Present: The Honorable  James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Sanctions

    Defendant WMC Mortgage, LLC has filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), calendared for hearing on January 25, 2010 at 1:30 p.m. The Plaintiffs, Albert Zamora and Kelly Zamora, have not opposed the motions, nor have they filed a notice of non-opposition as required by Local Rule 7-16.

    Plaintiffs' counsel Charles R. Wear shall appear at the hearing and show cause why he should not be sanctioned for failure to comply with the Local Rules.

    The Court notes that attorney Wear was previously cited and sanctioned for the same violation of Local Rules in this case. (Docket No. 15.)

                                              : 00

Initials of Preparer    kjt